**HAHN LOESER & PARKS LLP**
Steven A. Goldfarb, SBN 317540
sagoldfarb@hahnlaw.com
Michael J. Gleason, SBN 279434
mgleason@hahnlaw.com
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: (619) 810-4300
Facsimile: (619) 810-4301

Erica Calderas, admitted *pro hac vice*
elc@hahnlaw.com
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824

*Attorneys for Defendant LoanCare, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA S. SANDERS, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>LOANCARE, LLC, a Virginia limited liability company; CIT BANK, N.A., a Delaware corporation; and DOES 1-50, inclusive,<br><br>*Defendants.* | Case No. 2:18-cv-09376-SJO(RAOx)<br><br>Magistrate Judge: The Hon. Rozella A. Oliver<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

IT IS HEREBY ORDERED, upon review of the Stipulated Protective Order filed in the above-captioned action, and for good cause shown, that the Stipulated Protective Order is GRANTED.

IT IS SO ORDERED.

Dated: March 27, 2019

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE