ZIMMERMAN REED LLP
Christopher P. Ridout (SBN 143931)
  E-mail: christopher.ridout@zimmreed.com
Arielle Canepa (SBN 329546)
  E-mail: arielle.canepa@zimmreed.com
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

GUBERNICK LAW P.L.L.C.
Benjamin Gubernick (SBN 321883)
  E-mail: ben@gubernicklaw.com
10720 West Indian School Rd.,
Ste 19 PMB 12
Phoenix, AZ 85037
(734) 678-5169 Telephone

*Attorneys for Plaintiffs*
**Andrea S. Sanders**
**Marshall C. Sanders**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA S. SANDERS, an individual, MARSHALL C. SANDERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOANCARE, LLC, a Virginia limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-09376-PA (RAOx)<br><br>*Assigned to the Honorable Percy Anderson*<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR AN AWARD OF CLASS REPRESENTATIVES INCENTIVE PAYMENT AND ATTORNEYS' FEES AND COSTS**<br><br>Date:  November 16, 2020<br>Time:  10:00 a.m.<br>Courtroom:  9A<br><br>First Removal Notice: November 2, 2018<br>Amended Removal:  November 12, 2018<br>FAC Filed on:  April 2, 2019<br>SAC Filed on:  April 14, 2020 |

1
NOTICE OF UNOPPOSED MOT. AND UNOPPOSED MOT. FOR AN AWARD OF CLASS
REPRESENTATIVES INCENTIVE PAYMENT AND ATTORNEY'S FEES AND COSTS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 16, 2020, or as soon thereafter as the matter can be heard, in Courtroom 9A of the United States Courthouse located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, Class Representatives Andrea S. Sanders and Marshall C. Sanders ("Class Representatives"), and Class Counsel Zimmerman Reed, LLP and Gubernick Law, P.L.L.C. (together, "Class Counsel") will and hereby do move for an Order, consistent with the terms of the Class Action Settlement in this case, awarding: (a) a Service Award of $7,500 to the Named Plaintiffs and Class Representatives; and (b) Class Counsel's attorneys' fees and costs in the amount of $880,688.71.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Christopher P. Ridout and Benjamin Gubernick, the Class Action Amended Settlement Agreement (the "Settlement") previously filed with the Court (Dkt. 82-1.), and all papers filed in support thereof, the Court's Order dated March 24, 2020 granting Plaintiff's Unopposed Renewed Motion for Class Certification and Preliminary Approval of Settlement Agreement (Dkt. 88.), the argument of counsel at the hearing of this Motion, all papers and records on file in the matter, and such other matters as the Court may consider.

Respectfully submitted,

ZIMMERMAN REED LLP

Date: October 19, 2020   By:   /s/ Christopher P. Ridout
Christopher P. Ridout
Arielle Canepa
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

GUBERNICK LAW, PLLC

Benjamin Gubernick
10720 West Indian School Rd.,
Ste 19 PMB 12

Phoenix, AZ 85037
(734) 678-5169 Telephone

*Attorneys for Plaintiffs*

NOTICE OF UNOPPOSED MOT. AND UNOPPOSED MOT. FOR AN AWARD OF CLASS REPRESENTATIVES INCENTIVE PAYMENT AND ATTORNEY'S FEES AND COSTS