# EXHIBIT A

Date: 11/16/2020    Case 2:18-cv-09376-PA-RAO    Document 112-1    Detail Transaction File List    Filed 11/16/20    Page 2 of 7    Page ID #:2906    Page: 1

Zimmerman Reed LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Tcode 94 Court Fee -** | | | | | | | | |
| 1513.001 | 11/01/2018 | 168 | P | 94 | | 45.00 | 10/18/2018 1513.001 JANNEY & JANNEY ATTORNE 43684555651982 - LOS ANGELES, CA (CPR Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 1 |
| 1513.001 | 11/01/2018 | 168 | P | 94 | | 99.50 | 10/15/2018 1513.001 JANNEY & JANNEY ATTORNE 43684555651982 - LOS ANGELES, CA (CPR Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 2 |
| 1513.001 | 11/01/2018 | 168 | P | 94 | | 99.50 | 10/08/2018 1513.001 JANNEY & JANNEY ATTORNE 43684555651982 - LOS ANGELES, CA (CPR Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 3 |
| 1513.001 | 11/01/2018 | 168 | P | 94 | | 1,575.22 | 10/05/2018 1513.001 JANNEY & JANNEY ATTORNE 43684555651982 - LOS ANGELES, CA (CPR Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 4 |
| 1513.001 | 02/01/2019 | 168 | P | 94 | | 100.00 | 01/18/2019 JANNEY & JANNEY ATTORNE 43684555651982 - LOS ANGELES, CA (CPR Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 19 |
| 1513.001 | 02/01/2019 | 168 | P | 94 | | 115.00 | 01/09/2019 JANNEY & JANNEY ATTORNE 43684555651982 - LOS ANGELES, CA (CPR Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 20 |
| 1513.001 | 03/01/2019 | 168 | P | 94 | | 149.15 | 02/14/2019 JANNEY & JANNEY ATTORNE 43684555651982 - LOS ANGELES, CA (CPR Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 33 |
| 1513.001 | 06/17/2019 | 598 | P | 94 | | 279.00 | 05/09/2019 Janney & Janney Attorn BMO Mastercard<br>Loancare, LLC<br>Sanders, Andrea S. | 74 |
| 1513.001 | 09/16/2019 | 598 | P | 94 | | 205.50 | 08/21/2019 Janney & Janney Attorn (BMO Mastercard)<br>Loancare, LLC<br>Sanders, Andrea S. | 84 |
| **Total for Tcode 94** | | | | | Billable | 2,667.87 | Court Fee - | |
| **Tcode 98 Postage** | | | | | | | | |
| 1513.001 | 01/29/2019 | 168 | P | 98 | 0.460 | 1.15 | Postage CA Office<br>Loancare, LLC<br>Sanders, Andrea S. | 9 |
| 1513.001 | 01/29/2019 | 168 | P | 98 | 0.460 | 1.15 | Postage CA Office<br>Loancare, LLC<br>Sanders, Andrea S. | 10 |
| 1513.001 | 02/07/2019 | 168 | P | 98 | 0.460 | 1.75 | Postage CA Office<br>Loancare, LLC<br>Sanders, Andrea S. | 13 |
| 1513.001 | 02/07/2019 | 168 | P | 98 | 0.460 | 1.75 | Postage CA Office<br>Loancare, LLC<br>Sanders, Andrea S. | 14 |
| 1513.001 | 02/19/2019 | 168 | P | 98 | 0.460 | 1.45 | Postage CA Office<br>Loancare, LLC<br>Sanders, Andrea S. | 15 |
| 1513.001 | 02/19/2019 | 168 | P | 98 | 0.460 | 1.45 | Postage CA Office<br>Loancare, LLC<br>Sanders, Andrea S. | 16 |
| 1513.001 | 02/22/2019 | 168 | P | 98 | 0.460 | 1.60 | Postage CA Office<br>Loancare, LLC<br>Sanders, Andrea S. | 17 |
| 1513.001 | 02/22/2019 | 168 | P | 98 | 0.460 | 1.60 | Postage CA Office<br>Loancare, LLC<br>Sanders, Andrea S. | 18 |
| 1513.001 | 03/06/2019 | 168 | P | 98 | 0.460 | 1.45 | Postage CA Office<br>Loancare, LLC | 24 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Tcode 98 Postage**

| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 03/06/2019 | 168 | P | 98 | 0.460 | 1.45 | Postage CA Office | 25 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 03/11/2019 | 168 | P | 98 | 0.460 | 7.35 | Postage CA Office | 26 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 03/11/2019 | 168 | P | 98 | 0.460 | 7.35 | Postage CA Office | 27 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 03/15/2019 | 168 | P | 98 | 0.460 | 0.50 | Postage CA Office | 28 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 03/15/2019 | 168 | P | 98 | 0.460 | 0.50 | Postage CA Office | 29 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 03/25/2019 | 168 | P | 98 | 0.460 | 1.30 | Postage CA Office | 30 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 03/25/2019 | 168 | P | 98 | 0.460 | 1.30 | Postage CA Office | 31 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 04/19/2019 | 168 | P | 98 | 0.460 | 9.80 | Postage CA Office | 51 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 11/08/2019 | 168 | P | 98 | 0.500 | 2.65 | Postage CA Office | 89 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 12/20/2019 | 168 | P | 98 | 0.500 | 1.15 | Postage CA Office | 91 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| **Total for Tcode 98** | | | | | Billable | 46.70 | Postage | |

**Tcode 103 Conference Calls -**

| 1513.001 | 11/08/2018 | 168 | P | 103 | | 7.38 | Conference Calls - Soundpath Conferencing Invoice No 6123410400-111218 | 5 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 01/14/2019 | 168 | P | 103 | | 8.61 | Conference Calls - GlobalMeet Invoice No 021219 | 12 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 04/04/2019 | 168 | P | 103 | | 10.07 | Conference Calls - GlobalMeet Invoice No 041219 | 50 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| **Total for Tcode 103** | | | | | Billable | 26.06 | Conference Calls - | |

**Tcode 125 Courier -**

| 1513.001 | 04/17/2019 | 168 | P | 125 | | 75.76 | Courier - First Legal Network LLC Invoice No 10219962 | 53 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| **Total for Tcode 125** | | | | | Billable | 75.76 | Courier - | |

**Tcode 127 Federal Express Invoice No.**

| 1513.001 | 01/22/2019 | 168 | P | 127 | | 25.86 | Federal Express Invoice No. FedEx Invoice No 6-441-46087 | 7 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 03/28/2019 | 168 | P | 127 | | 31.37 | Federal Express Invoice No. FedEx Invoice No 6-512-29564 | 21 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 04/02/2019 | 168 | P | 127 | | 26.23 | Federal Express Invoice No. FedEx Invoice No 6-512-29564 | 22 |
| | | | | | | | Loancare, LLC | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Tcode 127 Federal Express Invoice No.**

| | | | | | | | Sanders, Andrea S. | |
|---|---|---|---|---|---|---|---|---|
| 1513.001 | 04/18/2019 | 168 | P | 127 | | 26.29 | Federal Express Invoice No. FedEx Invoice No 6-533-89009 Loancare, LLC Sanders, Andrea S. | 48 |
| 1513.001 | 05/07/2019 | 168 | P | 127 | | 26.41 | Federal Express Invoice No. FedEx Invoice No 6-548-66224 Loancare, LLC Sanders, Andrea S. | 57 |
| 1513.001 | 05/15/2019 | 168 | P | 127 | | 26.35 | Federal Express Invoice No. FedEx Invoice No 6-562-47157 Loancare, LLC Sanders, Andrea S. | 58 |
| 1513.001 | 05/31/2019 | 168 | P | 127 | | 26.41 | Federal Express Invoice No. FedEx Invoice No 6-575-82234 Loancare, LLC Sanders, Andrea S. | 62 |
| 1513.001 | 06/03/2019 | 168 | P | 127 | | 26.35 | Federal Express Invoice No. FedEx Invoice No 6-575-82234 Loancare, LLC Sanders, Andrea S. | 63 |
| 1513.001 | 06/06/2019 | 168 | P | 127 | | 26.35 | Federal Express Invoice No. FedEx Invoice No 6-583-47074 Loancare, LLC Sanders, Andrea S. | 72 |
| 1513.001 | 07/10/2019 | 168 | P | 127 | | 30.86 | Federal Express Invoice No. FedEx Invoice No 6-618-47470 Loancare, LLC Sanders, Andrea S. | 77 |
| 1513.001 | 07/22/2019 | 168 | P | 127 | | 26.29 | Federal Express Invoice No. FedEx Invoice No 6-625-17376 Loancare, LLC Sanders, Andrea S. | 79 |
| 1513.001 | 08/14/2019 | 168 | P | 127 | | 26.23 | Federal Express Invoice No. FedEx Invoice No 6-716-13507 Loancare, LLC Sanders, Andrea S. | 82 |
| 1513.001 | 02/03/2020 | 168 | P | 127 | | 27.06 | Federal Express Invoice No. FedEx Invoice No 6-921-58186 Loancare, LLC Sanders, Andrea S. | 92 |
| 1513.001 | 02/07/2020 | 168 | P | 127 | | 36.70 | Federal Express Invoice No. FedEx Invoice No 6-928-49043 Loancare, LLC Sanders, Andrea S. | 93 |
| **Total for Tcode 127** | | | | | Billable | 388.76 | Federal Express Invoice No. | |

**Tcode 129 Research -**

| 1513.001 | 12/31/2018 | 168 | P | 129 | | 13.50 | Research - Pacer Invoice No 4658651-Q42018 Loancare, LLC Sanders, Andrea S. | 6 |
|---|---|---|---|---|---|---|---|---|
| 1513.001 | 01/31/2019 | 168 | P | 129 | | 157.39 | Research - Thomson Reuters Westlaw Loancare, LLC Sanders, Andrea S. | 8 |
| 1513.001 | 03/31/2019 | 168 | P | 129 | | 65.20 | Research - PACER Invoice No 4658651-Q12019 Loancare, LLC Sanders, Andrea S. | 32 |
| 1513.001 | 04/30/2019 | 168 | P | 129 | | 21.48 | Research - Westlaw Charges Loancare, LLC Sanders, Andrea S. | 52 |
| 1513.001 | 05/31/2019 | 168 | P | 129 | | 318.97 | Research - Westlaw Charges Loancare, LLC Sanders, Andrea S. | 60 |
| 1513.001 | 05/31/2019 | 168 | P | 129 | | 96.54 | Research - Westlaw Charges Loancare, LLC Sanders, Andrea S. | 61 |
| 1513.001 | 06/30/2019 | 168 | P | 129 | | 66.90 | Research - PACER Invoice No 4658651-Q22019 Loancare, LLC Sanders, Andrea S. | 76 |
| 1513.001 | 07/31/2019 | 168 | P | 129 | | 2.25 | Research - Westlaw Loancare, LLC Sanders, Andrea S. | 80 |
| 1513.001 | 08/31/2019 | 168 | P | 129 | | 5.60 | Research - Westlaw Charges Loancare, LLC | 83 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Tcode 129 Research -** | | | | | | | | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 09/30/2019 | 168 | P | 129 | | 3.60 | Research - Pacer Invoice No 4658651-Q32019 | 85 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 09/30/2019 | 168 | P | 129 | | 10.40 | Research - Pacer Invoice No 4658651-Q32019 | 86 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 03/31/2020 | 168 | P | 129 | | 0.90 | Research - PACER Invoice No 4658651-Q12020 | 94 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 09/30/2020 | 168 | P | 129 | | 445.82 | Research - Westlaw Charges | 95 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 09/30/2020 | 168 | P | 129 | | 1.00 | Research - Pacer Invoice No 4658651-Q32020 | 96 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| **Total for Tcode 129** | | | | | Billable | 1,209.55 | Research - | |
| **Tcode 134 Long Distance Telephone Charges** | | | | | | | | |
| 1513.001 | 04/23/2019 | 168 | P | 134 | 1.100 | 0.06 | Long Distance Telephone Charges Allstream Invoice No 16091429 | 49 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| **Total for Tcode 134** | | | | | Billable | 0.06 | Long Distance Telephone Charges | |
| **Tcode 137 Mediation Expenses -** | | | | | | | | |
| 1513.001 | 07/11/2019 | 168 | P | 137 | | 7,000.00 | Mediation Expenses - First Mediation Corporation Invoice No 22040 | 75 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 11/01/2019 | 168 | P | 137 | | 7,500.00 | Mediation Expenses - First Mediation Invoice No 22428 | 87 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| **Total for Tcode 137** | | | | | Billable | 14,500.00 | Mediation Expenses - | |
| **Tcode 138 Experts -** | | | | | | | | |
| 1513.001 | 04/23/2019 | 168 | P | 138 | | 2,000.00 | Experts - Christopher Wyatt Decl. in support of Motion for Cert Filing | 34 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 06/17/2019 | 168 | P | 138 | | 4,300.00 | Experts - Christopher Wyatt Invoice No 019-29 | 73 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| **Total for Tcode 138** | | | | | Billable | 6,300.00 | Experts - | |
| **Tcode 143 Deposition/Transcript Costs -** | | | | | | | | |
| 1513.001 | 05/13/2019 | 168 | P | 143 | | 1,904.00 | Deposition/Transcript Costs - TSG Reporting, Inc. 04/09/19 Invoice No 665189 | 55 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| 1513.001 | 05/28/2019 | 168 | P | 143 | | 1,922.86 | Deposition/Transcript Costs - Veritext Invoice No CS3768601 | 59 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |
| **Total for Tcode 143** | | | | | Billable | 3,826.86 | Deposition/Transcript Costs - | |
| **Tcode 146 Deposition/Transcript Costs -** | | | | | | | | |
| 1513.001 | 05/13/2019 | 168 | P | 146 | | 252.00 | Deposition/Transcript Costs - TSG Reporting, Inc. 04/19/19 Invoice No 806206 | 56 |
| | | | | | | | Loancare, LLC | |
| | | | | | | | Sanders, Andrea S. | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Tcode 146 Deposition/Transcript Costs -** | | | | | | | | |
| **Total for Tcode 146** | | | | | Billable | 252.00 | Deposition/Transcript Costs - | |
| **Tcode 150 Airfare for** | | | | | | | | |
| 1513.001 | 04/25/2019 | 168 | P | 150 | | 172.00 | Airfare for Ben Gubernick 04/09/19 Norfolk to LA Southwest Airlines<br>Loancare, LLC<br>Sanders, Andrea S. | 35 |
| 1513.001 | 05/01/2019 | 156 | P | 150 | | 295.50 | 03/30/2019 AMERICAN AIRLINES 45107392 - 800-433-7300, TX (BG Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 70 |
| 1513.001 | 05/01/2019 | 156 | P | 150 | | 357.00 | 03/30/2019 Southwest Airlines - DALLAS, TX (BG Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 71 |
| **Total for Tcode 150** | | | | | Billable | 824.50 | Airfare for | |
| **Tcode 151 Lodging for** | | | | | | | | |
| 1513.001 | 05/01/2019 | 156 | P | 151 | | 60.00 | 04/09/2019 CONTINENTAL INN 0193 - CHARLOTTE, NC (BG Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 64 |
| 1513.001 | 05/01/2019 | 156 | P | 151 | | 70.35 | 04/09/2019 KNIGHTS INN VIRGINIA BEA - VIRGINA BEACH, VA (BG Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 66 |
| **Total for Tcode 151** | | | | | Billable | 130.35 | Lodging for | |
| **Tcode 152 Business meals for** | | | | | | | | |
| 1513.001 | 04/25/2019 | 168 | P | 152 | | 5.29 | Business meals for Ben Gubernick 04/09/19 AA-MD-139-1-IL<br>Loancare, LLC<br>Sanders, Andrea S. | 37 |
| 1513.001 | 04/25/2019 | 168 | P | 152 | | 10.99 | Business meals for Ben Gubernick 04/09/19 Norfolk International Airport<br>Loancare, LLC<br>Sanders, Andrea S. | 38 |
| 1513.001 | 04/25/2019 | 168 | P | 152 | | 2.60 | Business meals for Ben Gubernick 04/09/19 Starbucks<br>Loancare, LLC<br>Sanders, Andrea S. | 39 |
| 1513.001 | 04/25/2019 | 168 | P | 152 | | 5.68 | Business meals for Ben Gubernick 04/09/19 Station 2<br>Loancare, LLC<br>Sanders, Andrea S. | 40 |
| 1513.001 | 04/25/2019 | 168 | P | 152 | | 7.46 | Business meals for Ben Gubernick 04/09/19 Chic Fil A<br>Loancare, LLC<br>Sanders, Andrea S. | 41 |
| 1513.001 | 05/01/2019 | 156 | P | 152 | | 2.60 | 04/09/2019 E STARBUCKS - CHARLOTTE, NC (BG Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 65 |
| 1513.001 | 05/01/2019 | 156 | P | 152 | | 9.52 | 04/09/2019 PZA E CLT - CHARLOTTE, NC (BG Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 67 |
| 1513.001 | 05/01/2019 | 156 | P | 152 | | 9.86 | 04/08/2019 LOS ANGELES AIRPORT - LOS ANGELES, CA (BG Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 68 |
| 1513.001 | 05/01/2019 | 156 | P | 152 | | 87.75 | 04/04/2019 PAUL MARTINS ELS 0059 - EL SEGUNDO, CA (BG Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 69 |
| **Total for Tcode 152** | | | | | Billable | 141.75 | Business meals for | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Tcode 154 Ground transportation for** | | | | | | | | |
| 1513.001 | 04/25/2019 | 168 | P | 154 | | 22.04 | Ground transportation for Ben Gubernick 04/09/19 Uber<br>Loancare, LLC<br>Sanders, Andrea S. | 42 |
| 1513.001 | 04/25/2019 | 168 | P | 154 | | 23.12 | Ground transportation for Ben Gubernick 04/09/19 Uber<br>Loancare, LLC<br>Sanders, Andrea S. | 43 |
| 1513.001 | 04/25/2019 | 168 | P | 154 | | 17.34 | Ground transportation for Ben Gubernick 04/09/19 Uber<br>Loancare, LLC<br>Sanders, Andrea S. | 44 |
| 1513.001 | 04/25/2019 | 168 | P | 154 | | 26.31 | Ground transportation for Ben Gubernick 04/08/19 Uber<br>Loancare, LLC<br>Sanders, Andrea S. | 45 |
| 1513.001 | 04/25/2019 | 168 | P | 154 | | 31.31 | Ground transportation for Ben Gubernick 04/09/19 Uber<br>Loancare, LLC<br>Sanders, Andrea S. | 46 |
| 1513.001 | 04/25/2019 | 168 | P | 154 | | 16.97 | Ground transportation for Ben Gubernick 04/08/19 Uber<br>Loancare, LLC<br>Sanders, Andrea S. | 47 |
| **Total for Tcode 154** | | | | | Billable | 137.09 | Ground transportation for | |
| **Tcode 155 Parking charges for** | | | | | | | | |
| 1513.001 | 02/04/2019 | 168 | P | 155 | | 18.00 | Parking charges for Christopher Ridout Athena Parking (CPR Amex)<br>Loancare, LLC<br>Sanders, Andrea S. | 11 |
| 1513.001 | 04/04/2019 | 168 | P | 155 | | 15.00 | Parking charges for CA Office<br>Loancare, LLC<br>Sanders, Andrea S. | 23 |
| 1513.001 | 04/23/2019 | 168 | P | 155 | | 35.00 | Parking charges for Christopher Ridout 915 Wilshire<br>Loancare, LLC<br>Sanders, Andrea S. | 54 |
| 1513.001 | 07/17/2019 | 168 | P | 155 | | 19.35 | Parking charges for Christopher Ridout ABM Onsite<br>Loancare, LLC<br>Sanders, Andrea S. | 81 |
| 1513.001 | 07/29/2019 | 168 | P | 155 | | 19.35 | Parking charges for Hannah Fernandez 07/17/19 ABM<br>Loancare, LLC<br>Sanders, Andrea S. | 78 |
| 1513.001 | 11/01/2019 | 168 | P | 155 | | 19.35 | Parking charges for Hannah Fernandez<br>Loancare, LLC<br>Sanders, Andrea S. | 88 |
| 1513.001 | 11/01/2019 | 168 | P | 155 | | 19.35 | Parking charges for Marshall C. Sanders ABM<br>Loancare, LLC<br>Sanders, Andrea S. | 90 |
| **Total for Tcode 155** | | | | | Billable | 145.40 | Parking charges for | |
| **Tcode 156 Miscellaneous travel expenses for** | | | | | | | | |
| 1513.001 | 04/25/2019 | 168 | P | 156 | | 16.00 | Miscellaneous travel expenses for Ben Gubernick In Flight WiFi<br>Loancare, LLC<br>Sanders, Andrea S. | 36 |
| **Total for Tcode 156** | | | | | Billable | 16.00 | Miscellaneous travel expenses for | |

**GRAND TOTALS**

| | Billable | 30,688.71 |
|---|---|---|